# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAFELIX MILLER

NO. 2024 CW 1094

VERSUS

WASHINGTON PARISH CLERK OF
COURT OFFICE, ET AL.

**JANUARY 13, 2025**

---

In Re: LaFelix Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 119168-I.

---

BEFORE: **THERIOT, LANIER, HESTER, GREENE, AND EDWARDS, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's October 3, 2024 appellate pauper order is vacated. Once the district court granted relator an appeal, it no longer had jurisdiction to rule on a subsequent pauper motion. La. Code Civ. P. art. 2088; see **Mason v. Hedrick**, 2019-113 (La. App. 3d Cir. 4/17/19), 268 So.3d 1074.

WIL
CHH
HG
BDE

**Theriot, J.**, dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT